UNITED STATES DISTRICT COURT
EASRTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

EDWARD BELL
        Plaintiff,

v.

JPMORGAN CHASE BANK
        Defendant,
_____/

Case: 2:06-cv-15444
Assigned To : Roberts, Victoria A
Referral Judge: Scheer, Donald A
Assign. Date : 12/08/2006 @ 1:03 P.M.
Description: cmp BELL V
J P MORGAN CHASE BANK (TAM)

## COMPLAINT

There is _____ other pending or resolved civil action arising out of the same transaction or occurrence as alleged in this complain

Plaintiff, Edward Bell alleges and states as follows:

## JURISDICTION

1. This action brought on behalf of Edward Bell in Pro per by an allege foreclosure by advertisement by the Defendant.

2. This Court has jurisdiction over this action under 28 USC1333, 28 USC 1332 (a) (1).

3. The Plaintiff is a citizen of the State of Michigan.

4. The Defendant is a person within the meaning of 42 USC 2000e (a)

5. The Defendant is a citizen of the State of New York and The State of Texas in which the Defendant was served at both address.

6. The amount in controversy is $406,000 the amount of the property which is $125,000 times three plus $25, 000 for damages to Plaintiff property.

7. Subject matter jurisdiction is based on an allege foreclosure by advertisement, Sheriff's Sale/Deed allegedly performed and recorded in the County of Wayne, in the State of Michigan on the property located at 5575 Haverhill St. Detroit, Mi 48224 .

## STATEMENTS OF FACTS

8. On August 24, 2004 an allege Sheriff's Sale was held concerning my property base on an allege foreclosure by advertisement from a Mortgage I have no personal knowledge of see Exhibit A.

9. The Defendant was allegedly assigned the mortgage on August 3rd, 2005 see assignment of mortgage in Exhibit A.

10. The Defendant allegedly purchased the property from the allege Sheriff's Sale and is now holding an allege Sheriff's Deed registered at the Wayne County Register of Deed in the State of Michigan over my property see Exhibit A.

11. Allegely ORLANS ASSOCIATES P.C. was a third party debt collector/ law firm on behalf of the Defendant to allegedly foreclose by advertisement on Plaintiff property see Exhibit A.

12. The allege foreclosure by advertisement procedure done on behalf of the Defendant violates the Michigan Compile Laws.

13. The allege Sheriff's Sale/Deed is based on fraudulent act done by Defendant/ Defendant's representative base on an allege foreclosure by advertisement see Exhibit A attached.

## WHY INSTRUMENTS IN THE EXHIBITS ARE VOID AND FRAUDULENT

14. The documents in Exhibit A violates the following MCL and is void/fraudulent based on the following MCL 566.101, 565.105, 565.202, 565.371, 565.451a, 565.451c, 600.3204, 600.3208, 600.3212, 600.3256, 600.3264, 750.30, 750.218(5)(a).

## RELIEF SOUGHT

The Plaintiff seeks the relief sought of the monetary judgment of $406,000 for damages, a declaratory judgment of void instruments, and for the instruments to be removed from the Register of Deeds and a writ for possession and entry of the property located at 5575 Haverhill St. Detroit, Mi 48224.

_____
Plaintiff

Notarial Acknowledgment
This instrument was subscribed and sworn before 12-03-06 on _____. The Plaintiff believe the facts stated to be true to the best of his belief and ability.

_____ 12-08-06
Notary

YVONNE CROSS
Notary Public, Wayne County, MI
My Commission Expires Dec. 4, 2007

# Exhibit A

## ASSIGNMENT of MORTGAGE

Drafted by and when recorded
return to: Susan Myers
e-Title Company
PO Box 5041
Troy MI 48007-5041
544.1520
Houston, Texas 77254-0817
Tel. (800) 795-5263

& TO:

Pool: 0
Loan Number: 2000040036

168_2507

**STATE OF MICHIGAN**                                                              KNOW ALL MEN BY THESE PRESENTS:
**COUNTY OF WAYNE**

That MORTGAGE ELECTRONIC REGISTRATIONS SYSTEMS (MERS) ("Assignor"), acting herein by and through a duly authorized officer, the owner and holder of one certain promissory note executed by EDWARD BELL ("Borrower(s)") secured by a Mortgage therewith executed by Borrower(s) for the benefit of the holder of the said note, which Mortgage was recorded on the lot(s), or parcel(s) of land described therein situated and recorded in the County of Wayne, State of Michigan:

Recording Ref:   Book 41908, Page No. 898 on 12-29-2004

For and in consideration of the sum of Ten and No/100 dollars ($10.00), and other good valuable and sufficient consideration paid, the receipt of which is hereby acknowledged, does hereby transfer and assign, set over and deliver unto JPMorgan Chase Bank formerly known as The Chase Manhattan Bank, successor by merger to Chase Bank of Texas, National Association, formerly known as Texas Commerce Bank, N.A. as Trustee and Custodian (Assignee), all beneficial interest in and to title to said Mortgage, together with the note and all other liens against said property securing the payment thereof, and all title held by the undersigned in and to said land.

LOT 1067, EAST DETROIT DEVELOPMENT COMPANY'S SUBDIVISION NO. 2, AS RECORDED IN LIBER 36, PAGE 20 OF PLATS, WAYNE COUNTY RECORDS.   Ward 21 Item 070208

TO HAVE AND TO HOLD unto said Assignee said above described Mortgage and note, together with all and singular the liens, rights, equities, title and estate in said real estate therein described securing the payment thereof, or otherwise.

Executed this the 3rd day of August A.D. 2005.

MORTGAGE ELECTRONIC REGISTRATIONS SYSTEMS (MERS)

By: _____

Witness: _____
ROMAN TREVINO

SHERRY DOZA
ASSISTANT VICE PRESIDENT

Witness: Maude LeBlanc     * For First Franklin Mortgage Loan Trust 2005-FF1 by:
MAUDE LEBLANC        Saxon Mortgage Services, Inc. as its attorney-in-fact

THE STATE OF TEXAS
COUNTY OF HARRIS

On this the 3rd day of August A.D. 2005, before me, a Notary Public, appeared SHERRY DOZA to me personally known, who being by me duly sworn, did say that (s)he is the ASSISTANT VICE PRESIDENT of MORTGAGE ELECTRONIC REGISTRATIONS SYSTEMS (MERS), and that said instrument was signed on behalf of said corporation by authority of its Board of Directors, and said SHERRY DOZA acknowledged said instrument to be the free act and deed of said corporation.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal the day and year first above written.

_____

Assignee's Address:
1761 E. St. Andrew Place
Santa Ana, CA 92705


Sandra Jeanne Tooley
Notary Public
State of Texas
My Commission Expires
February 26, 2008

Assignor's Address:
1595 SPRING HILL ROAD
SUITE 310
VIENNA, VA 22182

MIN Number: 100194450001152959

MERS Phone: 1-888-679-6377

15



SEP 09 2005  *100091141*

**STATE OF MICHIGAN**
WAYNE COUNTY
SEPTEMBER 12, 2005
RECEIPT #100471

**REAL ESTATE TRANSFER TAX**
$ 79.20-CO
$ 0.00-ST
STAMP #100538697

$79.20 TRANSFER TAX COUNTY
Receipt #100471
RECORDED
BERNARD J. YOUNGBLOOD, REGISTER OF DEED
WAYNE COUNTY, MI

$21.00 DEED
$6.00 REMONUMENTATION
$25.00 HANDLING FEES

L1-43265 Pg-233  205364892  09/09/2005  Bernard J. Youngblood WCR00

FILE DO NOT MAIL

## SHERIFF'S DEED ON MORTGAGE FORECLOSURE

THIS INDENTURE made the 24th day of August, 2005 between ___Marshun Brooks___, a deputy sheriff in and for Wayne County, Michigan, party of the first part, and JPMORGAN CHASE BANK FORMERLY KNOWN AS THE CHASE MANHATTAN BANK SUCCESSOR BY MERGER TO CHASE BANK OF TEXAS NATIONAL ASSOCIATION, FORMERLY KNOWN AS TEXAS COMMERCE BANK, N.A. AS TRUSTEE FOR FIRST FRANKLIN MORTGAGE LOAN TRUST 2005-Ff1 By: Saxon Mortgage Services, Inc. As Its Attorney-In-Fact, 4708 Mercantile Drive North 4708 Mercantile Drive North, Fort Worth, TX, 76137, party of the second part (hereinafter called the grantee).

Witnesseth, that whereas, Edward Bell, a single man whose address is 5575 Haverhill, Detroit, MI 48224, made a certain mortgage to Mortgage Electronic Registration Systems, Inc. (hereinafter called "Mortgagee"), which was duly recorded in the office of the Register of Deeds of Wayne County in Liber 41908, Page 898, Wayne County Records. Said mortgage is now held by JPMorgan Chase Bank formerly known as The Chase Manhattan Bank successor by merger to Chase Bank of Texas National Association, formerly known as Texas Commerce Bank, N.A. as Trustee for First Franklin Mortgage Loan Trust 2005-FF1 by: Saxon Mortgage Services, Inc. as its attorney-in-fact by assignment submitted to and recorded by the Wayne County Register of Deeds..

WHEREAS, said mortgage contained a power of sale which has become operative by reason of default in the terms and conditions of the mortgage; and

WHEREAS, no suit or proceeding at law or in equity has been instituted to recover the debt secured by the mortgage or any part thereof; and

WHEREAS, by virtue of the power of sale, and pursuant to the statutes of the State of Michigan in such case made and provided, a notice was duly published and a copy thereof was duly posted in a conspicuous place upon the premises described in the mortgage that the premises, or some part of them, would be sold on the 24th day of August, 2005, at the Jefferson Avenue entrance to the Coleman A. Young Municipal Center in Detroit, that being the place of holding the Circuit Court for Wayne County wherein the premises are located; and

WHEREAS, pursuant to said notice I did, at 1:00 p.m., local time, on the date stated above, expose for sale at public venue the said lands and tenements described below, and on such sale did strike off and sell the said lands and tenements to the grantee for the sum of **Seventy-Two Thousand & 0/100 Dollars($72,000.00)**, that being the highest bid therefore and the grantee being the highest bidder; and

WHEREAS, said lands and tenements are situated in the City of Detroit, Wayne County, Michigan, and are more particularly described as:

Lot 1067, East Detroit Development Company's Subdivision No. 2, as recorded in Liber 36, Page 20 of Plats, Wayne County Records.

Tax# WARD 21 ITEM NO. 070208
More commonly known as 5575 Haverhill.

Now, this indenture Witnesseth, that I, the Deputy Sheriff aforesaid, by virtue of and pursuant to the statute in such case made and provided, and in consideration of the sum of money so paid as aforesaid, have granted, conveyed, bargained and sold, and by this deed do grant, convey, bargain, and sell unto the grantee, its successors and assigns, FOREVER, all the estate, right, title, and interest which the said Mortgagor(s) had in said land and tenements and every part thereof, on 30th day of September, 2004, that being the date of said mortgage, or any time thereafter, to have and to hold the said lands and tenements and every part thereof to the said grantee, its successors and assigns forever, to their sole and only use, benefit and behoove forever, as fully and absolutely as I, the Deputy Sheriff aforesaid, under the authority aforesaid, might, could, or ought to sell the same.
In witness whereof I have set my hand and seal.

_Marshun Brooks_
Deputy Sheriff in and for the County of Wayne, Michigan

STATE OF MICHIGAN,
COUNTY OF WAYNE

This Sheriff's Deed on Mortgage Sale was acknowledged before me this 24th day of August, 2005, by ___Marshun Brooks___, Deputy Sheriff for Wayne County, Michigan.

YOLANDA DIAZ
Notary Public, Wayne County Michigan
Commission expires 08-20-2006
Wayne County, Michigan
My commission expires:

County Revenue Required.
Exempt from State Real Estate Transfer Tax
pursuant to MCLA §207.526(u)

S.T. 25.00
$79.20

File Number: 244.1520   Loan Type: CONV

Li-43265    Pa-234

## NON-MILITARY AFFIDAVIT

State of Michigan )
                 )ss.
County of Oakland)

The undersigned, being first duly sworn, states that upon investigation he is informed and believes that none of the persons named in the notice attached to the sheriff's deed of mortgage foreclosure, nor any person upon whom they or any of them were dependent, were in the military service of the United States at the time of sale or for six months prior thereto; nor the present grantee(s).

The undersigned further states that this affidavit is made for the purpose of preserving a record and clearing title by virtue of the Soldiers' and Sailors' Relief Act of 1940, as amended.

_____
Tara Cao

Subscribed and sworn to before me this
22nd day of August, 2005

_____
Ann M. Nuttle, Notary Public
Macomb County Acting in Oakland County, Michigan
My Commission Expires: 10/22/2007

File Name:    Edward Bell

**AFFIDAVIT OF AUCTIONEER and
CERTIFICATE OF REDEMPTION PERIOD**

State of Michigan
County of Wayne

Marshun Brooks _____ being first duly sworn, deposes and says that he is a _____ Deputy Sheriff of said Wayne County; that he/she acted as Auctioneer, and made the sale as described in the annexed Deed pursuant to the annexed printed notice; that said sale was opened at 1:00 p.m., local time, on the 24th day of August, 2005, Jefferson Avenue entrance to the Coleman A. Young Municipal Center in Detroit, that being the place of holding the Circuit Court for Wayne County, and said sale was kept open for the space of one hour; that the highest bid for the lands and tenements therein described was **Seventy-Two Thousand & 0/100 Dollars($72,000.00)** made by JPMorgan Chase Bank formerly known as The Chase Manhattan Bank successor by merger to Chase Bank of Texas National Association, formerly known as Texas Commerce Bank, N.A. as Trustee for First Franklin Mortgage Loan Trust 2005-FF1 by: Saxon Mortgage Services, Inc. as its attorney-in-fact, that said sale was in all respects open and fair; and that he/she did strike off and sell said lands and tenements to said bidders, which purchased the said lands and tenements fairly, and in good faith, as deponent verily believes.

I DO HEREBY CERTIFY that the within Sheriff's Deed will become operative at the expiration of the redemption period, February 24, 2006, unless said date falls on a weekend, at which point the redeeming party or anyone claiming under him, will have until 5:00pm the following Monday to perfect their redemption; OR the property is determined abandoned pursuant to MCLA 600.3241a, in which case the redemption period will be 30 days from the date of sale, OR should the Sheriff's Deed not be recorded within 20 days from the date of the foreclosure sale, in which case the redemption period will be 6 months from the date of recording. The foreclosing mortgagee can rescind the sale in the event a 3rd party buys the property and there is a simultaneous resolution with the borrower.

_____
Marshun Brooks
Deputy Sheriff
Wayne County, Michigan

Subscribed and sworn to before me this Twenty-Fourth day of August, 2005.

_____
Notary Public YOLANDA DIAZ
Wayne County, Michigan Notary Public, Wayne County Michigan
My commission expires Commission expires 08-20-2006

DRAFTED BY and when recorded return to:
Susan C. Myers
ORLANS ASSOCIATES PC
P.O. Box 5041
Troy, MI 48007-5041
(248) 457-1000            File No: 244.1520

L1-43265   Pn-235

EVIDENCE OF SALE

ORLANS Edward Bell

THIS FIRM IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. PLEASE CONTACT OUR OFFICE AT THE NUMBER BELOW IF YOU ARE IN ACTIVE MILITARY DUTY

MORTGAGE SALE
Default has been made in the conditions of a mortgage made by Edward Bell, a single man, to Mortgage Electronic Registration Systems, Inc., mortgagee, dated September 30, 2004 and recorded December 29, 2004 in Liber 41908, Page 898, Wayne County Records. Said mortgage is now held by JPMorgan Chase Bank formerly known as The Chase Manhattan Bank successor by merger to Chase Bank of Texas National Association, formerly known as Texas Commerce Bank, N.A. as Trustee for First Franklin Mortgage Loan Trust 2005-FF1 by: Saxon Mortgage Services, Inc. as its attorney-in-fact by assignment submitted to and recorded by the Wayne County Register of Deeds. There is claimed to be due on such mortgage the sum of Ninety-Two Thousand Five Hundred Sixty-Three and 77/100 Dollars ($92,563.77) including interest at the rate of 7.80% per annum.

Under the power of sale contained in the mortgage and the statutes of the State of Michigan, notice is hereby given that the mortgage will be foreclosed by a sale of the mortgaged premises, or some part of them, at public venue at the Jefferson Avenue entrance to the Coleman A. Young Municipal Center in Detroit in Wayne County, Michigan at 1:00 p.m. on August 24, 2005.

The premises are located in the City of Detroit, Wayne County, Michigan, and are described as:
Lot 1067, East Detroit Development Company's Subdivision No. 2, as recorded in Liber 36, Page 20 of Plats, Wayne County Records.

The redemption period shall be 6 months from the date of such sale, unless the property is determined abandoned in accordance with MCLA 600.3241a, in which case the redemption period shall be 30 days from the date of the sale.
TO ALL PURCHASERS: The foreclosing mortgagee can rescind the sale in the event a 3rd party buys the property and there is a simultaneous resolution with the borrower. In that event, your damages, if any, are limited solely to the return of the bid amount tendered at sale.
Dated: July 26, 2005
ORLANS ASSOCIATES PC
Attorneys for JPMorgan Chase Bank formerly known as The Chase Manhattan Bank successor by merger to Chase Bank of Texas National Association, formerly known as Texas Commerce Bank, N.A. as Trustee for First Franklin Mortgage Loan Trust 2005-FF1 by: Saxon Mortgage Services, Inc. as its attorney-in-fact, As Assignee
P.O. Box 5041
Troy, MI 48007-5041
(248) 457-1000
File No. 244.1520
(7-26)(8-23)

(Affidavit of Publisher)

STATE OF MICHIGAN
COUNTY OF WAYNE

Resa T. Rodgers being duly sworn, deposes and says the annexed printed copy of a notice was taken from: Detroit Legal News, a newspaper printed and circulated in said State and County, and that said notice was published in said newspaper on: July 26, August 2, August 9, August 16, August 23 A.D., 2005, that she is the agent of the printers of said newspaper, and knows well the facts stated herein.

Resa T. Rodgers
Subscribed and sworn before me this 23rd day of August, A.D. 2005

Dawn M. Keith Notary Public Oakland County, Michigan
My commission expires December 18, 2007
Acting in Wayne County, Michigan

(Affidavit of Posting)

STATE OF MICHIGAN

COUNTY OF WAYNE

Terry Herbert _____ being duly sworn, deposed and says that on the 27th day of July A.D. 2005 he posted a notice, a true copy of which is annexed hereto, in a conspicuous place upon the premises described in said notice by attaching the same in a secure manner to
the door frame

CIRCLE IF

Multi Unit    Mobile/Manufactured Home    Vacant    No Dwelling

Terry Herbert
Subscribed and sworn to before me this 28th day of July A.D. 2005

Notary Public Wayne County, Michigan
My Commission expires: _____
Acting in Wayne County Michigan

KEVIN MORRIS
Notary Public, Oakland County, MI
Acting in Wayne County, MI
My Commission Expires May 1, 2010

Li-43265    Pa-236

## AFFIDAVIT DECLARING REDEMPTION DESIGNEE

STATE OF MICHIGAN)
                              ss)
COUNTY OF OAKLAND)

Susan C. Myers, being first duly sworn, deposes and says:

1. That she is the duly authorized attorney for JPMORGAN CHASE BANK FORMERLY KNOWN AS THE CHASE MANHATTAN BANK SUCCESSOR BY MERGER TO CHASE BANK OF TEXAS NATIONAL ASSOCIATION, FORMERLY KNOWN AS TEXAS COMMERCE BANK, N.A. AS TRUSTEE FOR FIRST FRANKLIN MORTGAGE LOAN TRUST 2005-FF1 BY: SAXON MORTGAGE SERVICES, INC. AS ITS ATTORNEY-IN-FACT and is familiar with the facts set forth herein.

2. This affidavit is being filed to declare the redemption amount in relation to the property located in the City of Detroit, County of Wayne further described as:

Lot 1067, East Detroit Development Company's Subdivision No. 2, as recorded in Liber 36, Page 20 of Plats, Wayne County Records.

Commonly Known as: 5575 Haverhill   Tax ID #: WARD 21 ITEM NO. 070208

3. On or about September 30, 2004 a mortgage was executed between Edward Bell, a single man and Mortgage Electronic Registration Systems, Inc. for $88,000 on September 30, 2004, recorded December 29, 2004 in Liber 41908, Page 898, Wayne County Records.

4. Said mortgage is currently held by JPMORGAN CHASE BANK FORMERLY KNOWN AS THE CHASE MANHATTAN BANK SUCCESSOR BY MERGER TO CHASE BANK OF TEXAS NATIONAL ASSOCIATION, FORMERLY KNOWN AS TEXAS COMMERCE BANK, N.A. AS TRUSTEE FOR FIRST FRANKLIN MORTGAGE LOAN TRUST 2005-FF1 BY: SAXON MORTGAGE SERVICES, INC. AS ITS ATTORNEY-IN-FACT.

5. Said mortgage is scheduled for foreclosure on August 24, 2005 for $72,000.

6. Redemption must include $72,000, plus interest at the rate of 7.8% from August 24, 2005; at a per diem amount of $15.39; plus additional expenses for Taxes; Redemption of Senior Liens; Condominium Assessments; Homeowner Assessments; Community Association Assessments; or Premiums for Insurance Policies and Redemption Servicing Fee. An authorized computation of the above can be received only from the designee listed below.

7. The Redemption Servicing Fee, as allowed by Michigan Statue is $200.00, plus recording costs. The servicing fee is payable to Orlans Associates, P.C. and will be added to the redemption amount.

TO ORDER A REDEMPTION COMPUTATION CALL:
ORLANS ASSOCIATES, P.C., REDEMPTION DEPARTMENT
P.O. Box 5041
Troy, MI 48007-5401
248-457-1000 x 291

ORLANS
P.O. Box 5041
Troy, MI 48007
(248) 457-1000
(248) 457-1001
fax

8. JPMORGAN CHASE BANK FORMERLY KNOWN AS THE CHASE MANHATTAN BANK SUCCESSOR BY MERGER TO CHASE BANK OF TEXAS NATIONAL ASSOCIATION, FORMERLY KNOWN AS TEXAS COMMERCE BANK, N.A. AS TRUSTEE FOR FIRST FRANKLIN MORTGAGE LOAN TRUST 2005-FF1 BY: SAXON MORTGAGE SERVICES, INC. AS ITS ATTORNEY-IN-FACT hereby appoints Orlans Associates, P.C. as its designee and pursuant to MCLA 600.3240 declares that a computation of the amount to redeem done by any other than Orlans Associates, P.C. is subject to the designee's audit of said computation and such redemption funds are subject to rejection.

9. A written, official computation of the redemption amount will be prepared by Orlans Associates, P.C., within a reasonable period of time for any and all who request such a computation.

10. Any redemption made without a written, current, computation provided by Orlans Associates, P.C. will be subject to audit and potential subsequent rejection of said funds.

Li-43265    Pn-237

11. Attention: REGISTER OF DEEDS; DO NOT accept redemption funds without a written, current redemption computation from Orlans Associates, P.C. Acceptance of funds without an Orlans Associates, P.C. computation will subject that redemption to an audit and potential subsequent rejection of the redemption funds.

Further affiant sayeth not.

*[signature]*

Susan C. Myers
Attorney for JPMORGAN CHASE BANK FORMERLY KNOWN AS THE CHASE MANHATTAN BANK SUCCESSOR BY MERGER TO CHASE BANK OF TEXAS NATIONAL ASSOCIATION, FORMERLY KNOWN AS TEXAS COMMERCE BANK, N.A. AS TRUSTEE FOR FIRST FRANKLIN MORTGAGE LOAN TRUST 2005-FF1 BY: SAXON MORTGAGE SERVICES, INC. AS IT'S ATTORNEY-IN-FACT

Subscribed and sworn to before me this 22nd day of August, 2005.

*[signature]*

Ann M. Nuttle, Notary Public
Macomb County Acting in Oakland County, Michigan
My Commission Expires: 10/22/2007

Date Dated: 08/22/05
File Number: 244.1520

Drafted By & when recorded return to:
Susan C. Myers
ORLANS ASSOCIATES PC
P.O. Box 5041
Troy, Michigan 48007
(248) 457-1000

ORLANS
P.O. Box 5041
Troy, MI 48007
(248) 457-1000
(248) 457-1001 fax

**CIVIL COVER SHEET** County in which this action arose _Wayne_

(Rev. 11/04)

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS** _Edward Bell_

**DEFENDANTS** _JP Morgan Chase Bank_

(b) County of Residence of First Listed Plaintiff _Oakland_
(EXCEPT IN U.S. PLAINTIFF CASES)

_26125_

County of Residence of First Listed Defendant _Wayne_
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number) _Pro Per 24121 Ithaca Oak Park_

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

CONTRACT
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

REAL PROPERTY
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☒ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

TORTS
PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

PERSONAL INJURY
- ☐ 362 Personal Injury - Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☒ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

CIVIL RIGHTS
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 440 Other Civil Rights

PRISONER PETITIONS
- ☐ 510 Motions to Vacate Sentence
  Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

FORFEITURE/PENALTY
- ☐ 610 Agri
- ☐ 620 Other
- ☐ 625 Drug of Pr
- ☐ 630 Liqu
- ☐ 640 R.R.
- ☐ 650 Airli
- ☐ 660 Occu Safety
- ☐ 690 Other

LABOR
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt.Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

Case: 2:06-cv-15444
Assigned To: Roberts, Victoria A
Referral Judge: Scheer, Donald A
Assign. Date: 12/08/2006 @ 1:03 P.M.
Description: cmp BELL V JP MORGAN CHASE BANK (TAM)

SOCIAL SECURITY
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

FEDERAL TAX SUITS
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

OTHER STATUTES
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

**V. ORIGIN** (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION** Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Brief description of cause: _Sueing for fraudulent foreclosure on property_

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    DEMAND $ _406,000_   CHECK YES only if demanded in complaint: JURY DEMAND: ☐ Yes ☒ No

**VIII. RELATED CASE(S) IF ANY** (See instructions):    JUDGE _Scheer_    DOCKET NUMBER _06-11550_

DATE _____    SIGNATURE OF ATTORNEY OF RECORD _Edward Bell_

FOR OFFICE ONLY

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

PURSUANT TO LOCAL RULE 83.11

1. Is this a case that has been previously dismissed?  ☒ Yes  ☐ No

   If yes, give the following information:

   Court: _United States District Court Eastern District_

   Case No.: _06-11550_

   Judge: _Sheer_

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)  ☒ Yes  ☐ No

   If yes, give the following information:

   Court: _Sta 3rd Circuit Court_

   Case No.: _06-628896, 06-628899, 06-628900_

   Judge: _Edwards, McCallanhan_

   Notes: _I dismiss the cases in State Court without prejudice because of Diversity 06-11550 was dismiss for lack of Jurisdiction_